# EXHIBIT 33

# Hayes' Principles and Methods of Toxicology

SEVENTH EDITION

VOLUME I




Edited by

A. Wallace Hayes
Tetyana Kobets

CRC Press
Taylor & Francis Group

# Hayes' Principles and Methods of Toxicology

## Volume I

### Seventh Edition

Edited by
A. Wallace Hayes
and
Tetyana Kobets

CRC Press
Taylor & Francis Group
Boca Raton London New York

CRC Press is an imprint of the
Taylor & Francis Group, an informa business

Seventh edition published 2024
by CRC Press
6000 Broken Sound Parkway NW, Suite 300, Boca Raton, FL 33487-2742

and by CRC Press
4 Park Square, Milton Park, Abingdon, Oxon, OX14 4RN

*CRC Press is an imprint of Taylor & Francis Group, LLC*

© 2023 selection and editorial matter, A. Wallace Hayes and Tetyana Kobets; individual chapters, the contributors

First edition published by Raven Press 1982
Second edition published by Raven Press 1989
Third edition published by CRC Press 1994
Fourth edition published by CRC Press 2001
Fifth edition published by CRC Press 2007
Sixth edition published by CRC Press 2014

Reasonable efforts have been made to publish reliable data and information, but the author and publisher cannot assume responsibility for the validity of all materials or the consequences of their use. The authors and publishers have attempted to trace the copyright holders of all material reproduced in this publication and apologize to copyright holders if permission to publish in this form has not been obtained. If any copyright material has not been acknowledged please write and let us know so we may rectify in any future reprint.

Except as permitted under U.S. Copyright Law, no part of this book may be reprinted, reproduced, transmitted, or utilized in any form by any electronic, mechanical, or other means, now known or hereafter invented, including photocopying, microfilming, and recording, or in any information storage or retrieval system, without written permission from the publishers.

For permission to photocopy or use material electronically from this work, access www.copyright.com or contact the Copyright Clearance Center, Inc. (CCC), 222 Rosewood Drive, Danvers, MA 01923, 978-750-8400. For works that are not available on CCC please contact mpkbookspermissions@tandf.co.uk

*Trademark notice*: Product or corporate names may be trademarks or registered trademarks and are used only for identification and explanation without intent to infringe.

ISBN: 978-1-032-46710-8 (hbk)
ISBN: 978-1-032-46713-9 (pbk)
ISBN: 978-1-003-39000-8 (ebk)

DOI: 10.1201/9781003390008

Typeset in Times
by codeMantra

# Contents


Preface ........ ix
Foreword to the Seventh Edition ........ xi
Foreword to the Sixth Edition ........ xiii
Foreword to the Fifth Edition ........ xv
Foreword to the Fourth Edition ........ xvii
Foreword to the Third Edition ........ xix
About the Editors ........ xxi
Contributors ........ xxiii


## Contents of Volume I

## Section I Principles of Toxicology


1. History, Understanding, and a Possible Future of Toxicology: Harming and Helping through Time ........ 3
*Richard W. Lane with Revisions and a New Section by Anthony D. Dayan*

2. Use of Toxicology in the Regulatory Process ........ 41
*Robyn L. Prueitt, Barbara D. Beck, and Edward J. Calabrese*

3. Dose-Response: A Fundamental Concept in Toxicology ........ 95
*Edward J. Calabrese*

4. Metabolism: A Determinant of Toxicity ........ 143
*Tao Wang and Richard Zang*

5. Toxicokinetics ........ 211
*Leanne L. Bedard*

6. Physiologically Based Pharmacokinetic and Toxicokinetic Models ........ 243
*Harvey J. Clewell III, Rebecca A. Clewell, and Melvin E. Andersen*

7. Toxicopanomics: Application of Genomics, Transcriptomics, Proteomics, Metabolomics, and Lipidomics in Predictive Mechanistic Toxicology ........ 289
*Mohamed-Amin Choukrallah, Marja Talikka, Stephanie Boue, Philippe Alexandre Guy, Aditya Reddy Kolli, Sandro Steiner, David Bovard, Diego Marescotti, Oksana Lavrynenko, Catherine Nury, James N. Battey, Bjorn Titz, Ulrike Kogel, Alain Sewer, Nicolas Sierro, Florian Calvino-Martin, Nikolai V. Ivanov, Manuel C. Peitsch, and Julia Hoeng*

8. Toxicologic Assessment of Pharmaceutical, Medical Device and Biotechnology Products ........ 331
*Michael A. Dorato, Caitlin J. Murphy, J. Scott Daniels, Erin M. Quist, and C. Steven Godin*

9. Statistics and Experimental Design for Toxicologists ........ 399
*Shayne C. Gad*

10. The Practice of Exposure Assessment ........ 479
*Dennis J. Paustenbach, Amy K. Madl, and Andrey Massarsky*

11. Epidemiology for Toxicologists ........ 567
*Geary W. Olsen, Robert R. Roy, Sarah E. Kleinschmidt, and Ralph R. Cook*

Case: 1:25-cv-02460 Document #: 56-35 Filed: 11/14/25 Page 6 of 10 PageID #:3095



12. Pathology Principles and Practices for Toxicity Studies ..... 605
*Brad Bolon, Tara P. Arndt, Adam Aulbach, and Kenneth A. Schafer*

13. *Chemical Toxicology Information Resources* ..... 681
*Stephanie Holmgren, Jacqueline Patterson, Kristina Thayer, Philip Wexler, and Antony J. Williams*

## Section II Agents

14. Food Safety and Foodborne Toxicants ..... 701
*Fleur De Mooij, Yu Janet Zang, Amy L. Roe, and Angelika Tritscher*

15. Plant and Animal Toxins ..... 755
*Kevin D. Welch, Glenn F. King, Julian White, Leanne A. Pearson, Brett A. Neilan, and Daniel Cook*

16. Safety Assessment of Cosmetics and Personal Care Products ..... 831
*Christina Hickey, Siti Amelia Juraimi, Lauren Hutchison, Anne Marie Api, and Benjamin P.C. Smith*

17. Solvents and Industrial Hygiene ..... 853
*John E. Snawder*

18. Crop Protection Chemicals: Mechanism of Action and Hazard Profiles ..... 887
*James Bus*

19. Metals ..... 995
*Paul B. Tchounwou, Joseph R. Landolph, Jr., and Janis E. Hulla*

20. Radiation Toxicity ..... 1063
*Roger O. McClellan*

## Contents of Volume II

## Section III Methods

21. Humane Care and Use of Laboratory Animals in Toxicology Research ..... 1151
*Michael J. Caruso, Tyler C. Plachta, Christopher N. Papagiannis, Zac Lloyd, Dale M. Cooper, and David G. Serota*

22. Novel Approaches and Alternative Models: Validation and Regulatory Acceptance of Toxicological Testing Methods and Strategies ..... 1215
*Nicole C. Kleinstreuer and David Allen*

23. Modern Instrumental Methods for Studying Mechanisms of Toxicology ..... 1239
*William M. Coleman, III, Serban C. Moldoveanu, Mehdi Ashraf-Khorassini, and Francis L. Martin*

24. Acute Toxicity and Eye Irritancy ..... 1309
*Saura C. Sahu and A. Wallace Hayes*

25. Short-Term, Subchronic, and Chronic Toxicology Studies ..... 1363
*Daniel T. Wilson, Jerry F. Hardisty, Torrie A. Crabbs, and Shannon M. Wallace*

26. Genetic and Epigenetic Toxicology ..... 1409
*Leslie Recio and Tetyana Kobets*

27. Carcinogenicity Bioassays and Related Assays; Human Relevance ..... 1455
*Gary M. Williams, Tetyana Kobets, Michael J. Iatropoulos, Thomas Nolte, and Esther Vock*

28. Assessment of Behavioral Toxicity .......... 1497
*Deborah A. Cory-Slechta and Marissa Sobolewski*

## Section IV Organ- and System-Specific Toxicology

29. Dermatotoxicology .......... 1557
*Benjamin B. Hayes and Howard J. Maibach*

30. Inhalation Toxicology .......... 1599
*John J. Godleski, Sandra A. McDonald, and Lester Kobzik*

31. Gastrointestinal Toxicology .......... 1671
*Peter Pressman, Roger A. Clemens, and Robert W. Kapp, Jr.*

32. Hepatotoxicology .......... 1719
*Maksat Babayev, Luma Melo, and James E. Klaunig*

33. Principles and Methods for Renal Toxicology .......... 1755
*Jennifer G. Schnellmann and Rick G. Schnellmann*

34. Cardiovascular Toxicology Methods .......... 1781
*Barry Bleske and Matthew J. Campen*

35. Neurotoxicology .......... 1799
*Anke M. Tukker, Aaron B. Bowman, Lucio G. Costa, and Michael Aschner*

36. Toxicology of the Endocrine System .......... 1825
*Carr J. Smith, Thomas A. Perfetti, and Judy A. King*

37. Assessment of Male Reproductive Toxicity .......... 1869
*Natasha R. Catlin, Jon C. Cook, and Gregg D. Cappon*

38. Female Reproductive and Developmental Toxicology .......... 1897
*Stephen B. Harris, Kary E. Thompson, Pragati S. Coder, Eve Mylchreest, Amy Lavin Williams, and John M. DeSesso*

39. Immunotoxicology: The Immune System Response to Toxic Insult .......... 1951
*Florence G. Burleson, Stefanie C.M. Burleson, Gary R. Burleson, and Victor J. Johnson*

**Glossary** .......... 1999

**Index** .......... 2047

Case: 1:25-cv-02460 Document #: 56-35 Filed: 11/14/25 Page 8 of 10 PageID #:3097



of mutations as induced by X-rays in fruit flies soon became widely reported by others working in the field (8).

These concept changes failed to be immediately implemented into regulatory guidance-based/exposure practices as committee activities were shut down during World War II. While the genetic concerns were raised in the years leading up to the World War II, such issues became dominant in the aftermath of the dropping of the atomic bombs on Japan and activities associated with above ground testing of nuclear weapons. This set the stage for a long-term debate over the nature of the dose-response in the low-dose zone from ionizing radiation. This debate would be led by the genetics research community under the aegis of the NCRPM, ICRP, and NAS.

The debate over whether toxicologically based dose-response thresholds exist is a long one, approaching its hundredth year. It is difficult to think of other examples in the scientific literature where a major question still remains as broadly uncertain, contentious, and as practically important as ever. On the surface, it would appear that this should not be a particularly difficult problem to resolve. However, this has not proven to be the case. As far as genotoxic carcinogens are concerned, regulatory agencies adopted a precautionary philosophy toward carcinogens based on fear of the cancer endpoint and the possibility that the process of carcinogenesis could be initiated by a single mutagen molecule or ionization in a single cell. This set of concerns gave the assessment and regulation of carcinogens a unique status within society and forced the regulatory agencies to deal with chemical carcinogens and ionizing radiation in a different manner than agents that were not classified as carcinogens. For non-carcinogens, there was believed to be a threshold below which no adverse effect(s) would occur. For genotoxic carcinogens, this was not the case. The regulatory agencies decided to treat them differently assuming there was no safe exposure. The next section will address the theoretical foundations of why the scientific community has long adhered to a belief in a threshold dose-response model. These concepts have involved statistical, thermodynamic, and biological/toxicological domains. The subsequent section will provide a detailed assessment of scientific challenges to the threshold dose-response model, including that initiated by the radiation genetic community that ushered in the linearity at low-dose concept.

## 3.4 The Threshold Dose-Response: Theoretical Foundations

### 3.4.1 Introduction

While the threshold dose-response model was adopted without having been validated by the scientific, medical, or regulatory communities during the early decades of the 20th century, this section of the chapter offers a perspective on what could be toxicological foundations that would support a threshold dose-response. Five arguments are made with documentation that supports a threshold interpretation. These include (1) observations that large numbers of atoms/molecules are needed to induce biological responses; (2) the second law of thermodynamics imposes an energy requirement for chemical reactions to occur, resulting in a threshold; (3) pharmacokinetic and pharmacodynamic processes; (4) the use of arithmetic/linear graphing can create a false impression of a linear dose-response whereas logarithmic dose graphing using molecules/kg/day lead to the conclusion of a distinct threshold for chemical carcinogens; and (5) since tumor latency is a function of dose, it is possible to obtain "practical" thresholds for carcinogens, even assuming a linear dose-response relationship.

### 3.4.2 Relationship between Biological Function and the Number of Atoms Inducing It

In 1943, George Evelyn Hutchinson (91) (1903–1991), a Yale University professor and the father of limnology and modern ecology, explored the relationship between biological functions and the number of atoms required to induce such functions using the liver cell as his model. He provided a listing of various elements from the periodic table and estimated their presence in a human liver cell. Twenty years later, he provided a considerably expanded view of the number of atoms needed to induce specific liver cell functions (92).

He concluded that it takes the presence of a relatively large number of atoms to affect a response even when there may be a highly evolved biochemical specificity for a reaction to take place. He hypothesized that even at its most sensitive level of activity, the liver cell, as well as probably most cell types, may require more than $10^4$ atoms/molecules per cell. Even in the case of non-nutritive agents, such as Cd and Pb, the number of atoms for each of these agents is $10^6$–$10^8$/liver cell, which was associated with no detectable effects.

Such findings were interpreted by Bertram Dinman (93), a prominent University of Michigan toxicologist, that the presence of specific atoms in a cell does not provide proof of biological activity nor does it offer any biological significance from a beneficial or harmful perspective. Using a complementary approach to Hutchinson (91,92), Dinman (93) concluded that nearly 400 *in vitro* studies of enzymatic inhibitors for 100 different enzymes (94) revealed that the lowest concentration at which most sulfhydryl enzyme inhibitors act was in the $10^4$–$10^5$ molecules/cell range, a value similar to that proposed by Hutchinson (92). Taken together, these different approaches lead Dinman (93) to suggest thresholds are the rule in biological systems. Dinman went on to conclude,

> To believe that such molecules cause an undesirable effect disregards the presence of a multiplicity of interfering substances. Such thinking also does not take into account the fact that the dose of a foreign atom may be related to the probability of its interacting with an available active site, or that similar probability governs the answers to the question of whether interactions will occur at discrete topographical loci upon a structural or functional molecule (or on a possible precursor). While the construction of stochastically sound models is remote, the reasonableness of the hierarchy of cellular element concentrations as these relate to metabolic function suggests that a threshold for biological activity exists within a cell at $10^4$ atoms.

Case: 1:25-cv-02460 Document #: 56-35 Filed: 11/14/25 Page 9 of 10 PageID #:3098



A practical approach for assessing the threshold issue may be to consider the actual exposure that humans experience from environmental concentrations of well-known toxins. In the case of lead, the U.S. Centers for Disease Control and Prevention (CDC) has long used 10 μg/100 mL of whole blood as an action level (recently reduced to 5 μg/100 mL). At this concentration of Pb in blood (10 μg/100 mL), there are $3 \times 10^{16}$ Pb atoms. If the exposure standard were to be reduced to 1 μg/100 mL, there would be $3 \times 10^{15}$ Pb atoms per 100 mL, or $3 \times 10^{13}$ Pb atoms/1 mL. It is difficult to consider that at 1 μg/100 mL, a value common today in apparently healthy humans, there are 30 trillion lead atoms for each of the 7,500 mL of blood in the average U.S. adult. Such calculations support the existence of an individual and public health threshold for lead.

Similarly, the U.S. EPA benzene drinking water standard of 5 μg/L has an estimated ($1 \times 10^{-5}$) lifetime risk of developing leukemia based on linear-non-threshold (LNT) models. At the drinking water standard of 5 μg/L, there are an estimated $8 \times 10^{15}$ benzene molecules/L. This cosmologically large number is further expanded when one considers that the EPA assumes that 2 L are consumed each day of a 70-year life. These two examples are not exceptions but illustrate the rule as far as the relationship between exposure to atoms/molecules and the onset of adverse health effects seen in humans. Regardless of whether the regulated agent is a carcinogen or not the estimate of acceptable exposures is typically in the $10^{-14}$–$10^{20}$ molecules/day for 70 years.

### 3.4.3 The Second Law of Thermodynamic and Dose-Response Relationships

While individual thresholds are typically observed in toxicological and epidemiological studies, the issue of population-based thresholds has been less certain. This uncertainty is based on the fact that considerable variation exists between individuals with respect to their susceptibility to toxic/carcinogenic agents due to genetics, diet, developmental and aging processes, amongst other factors. Thus, apparent thresholds can profoundly differ between individuals. The regulatory challenge therefore may not be that of an individual threshold estimation but a population threshold, thus transforming this question from a biological to a biostatistical one (95,96). The question, therefore, is whether there is a population-based threshold for non-carcinogenic toxic substances and carcinogens.

A central fact that underlies the current debate over threshold or LNT for radiation-induced cancer is that each individual experiences cosmic numbers (97) of mutations/cell each day (e.g., depending on the cell type – millions to multiple billions) from normal metabolism and background radiation. If a single hit were to be enough to cause cancer, as suggested by the LNT theory, it is difficult to explain why many, perhaps most individuals, would not quickly display various toxicities and/or cancer, unless reasonably efficient repair processes exist.

Even though vast numbers of mutations occur and are repaired on a daily basis are there exposures that will not induce genetic damage? According to Schaeffer (96), the second law of thermodynamics provides a basis for such a threshold. This conclusion is founded on the premise that there is a minimum net free energy required for the reaction of an agent (in this case a toxicant or carcinogen) with a target molecule (98–101). If the threshold value is diminished, the net free energy that is related to the threshold value would also diminish. However, the net free energy cannot reach or become zero as this can only happen if both the activation energy and the net free energy are zero at all levels of exposure (99, 102). Since chemical bound energy is the "exclusive source of utilizable energy in biological systems, there is a minimum activation energy and a minimum net free energy above zero for all cellular reactions including the induction of cancer". Mutagen-binding to DNA affects DNA alterations (i.e., mutagens) and can initiate the process of carcinogenesis. A thermodynamic analysis of this process has yielded a specific energy threshold that needs to be exceeded for the induction of chromosomal aberrations. Such an assessment provides a basis for why each interaction between molecules does not result in a chemical reaction and product formation that could lead to a biological effect. Each xenobiotic agent needs to provide the activation energy to react with the receptor molecule. Using the Maxwell-Boltzman equation, Koch (103) estimates that the activation energy may vary between 16 and 42 kJ/mol for biochemical reactions *in vivo*. The minimum net energy required to induce a single-strand break was estimated to be at least 17 kJ/mol (101), supporting the existence of a threshold.

According to Schaeffer et al. (99), it may be appropriate to use the biological analogy of fertilization of an egg by a sperm when placing the process of chemical carcinogenesis in context. While there are billions of sperm that are present and actively attempting to fertilize the egg, only one does. Furthermore, the process of fertilization requires the presence of massive numbers of sperm. In a similar fashion, chemical reactions take place only where there are sufficient molecules, each displaying kinetic energy, eventually colliding with each other and eventually yielding a novel intermediate molecule which then transforms into the final product. The formation of the reactive intermediate represents a random event within an environment of many millions of molecules. The actions of a carcinogen must therefore be seen as a stochastic process involving massive numbers of targets and a cosmically large number of molecules.

Since chemical reactions are subject to entropy and free energy constraints, Schaeffer et al. (99) indicated that mutational effects as well as carcinogens likewise display activation and free energy requirements as well as entropic dependence. Since entropy represents a statistical estimate of system disorder, these reactions will show the mass requirements of chemical reactions. In fact, therefore, thermodynamic principles lead one to conclude that LNT is both chemically and biologically highly improbable. Pharmacokinetic reasons (absorption, tissue distribution, metabolism, storage, excretion), and the number of molecules that reach a target, and thermodynamic parameters that affect molecule activation create the foundation for a physical/chemical/biological basis for biological/toxicological thresholds.

This perspective reinforces the above views of Dinman (93) that there is likely to be a minimal number of atoms/molecules needed to affect biological responses. Use of the number of Dinman (93) leads Friedman (104) to estimate the minimally

inducing number of molecules for various potent carcinogens to be $8.6\times10^{15}$ molecules/kg body weight or $10^8$ molecules/kg. Using such analyses, Koch (103) estimated a *response threshold* level for various drinking water contaminants including chemical carcinogens. This modeling considered standard parameters such as average body weight, amount of water consumed/day, molecular conductivity as well as estimates of lipophilicity, and tissue distribution of biological activity. Koch (103) concluded that such outcomes provide not only a theoretical but also a practical means of translating toxicological findings into risk assessment practices. He also emphasized that this perspective illustrates that it is profoundly unrealistic to believe that a single molecule may affect the occurrence of cancer, thereby supporting a threshold dose-response perspective.

Despite their solid underlying foundations, the arguments of Hutchison (92), Dinman (93), and similar extensions by Claus (105) and Jukes (106) have not attracted significant formal attention in the literature. However, in 1980, Preussmann (107), a well-known experimental cancer researcher, attempted to apply such concepts to the issue of chemical carcinogen thresholds using the data of Mohr and Hilfrich (108). In this study, kidney tumors were induced in rats via a subcutaneous (SC) injection of diethylnitrosamine (DENA) using eight different single-dose treatments ranging from 1.25 to 160 mg/kg. They reported 11/20 kidney tumors in the single dose of 100 mg/kg and 1/20 kidney tumors at 1.25 mg/kg. The 1.25 mg/kg dose was the equivalent of 0.3 mg/rat. The control group showed no kidney tumors. The 1.25 mg/kg level of exposure, which was presumably carcinogenic, corresponded to about $2\times10^{18}$ molecules/rat or approximately $10^{16}$ molecules/kidney. Assuming the weight of the kidney was about $10^{-10}$g, Preussmann (107) stated that there were about $10^6$–$10^7$ molecules of DENA/kidney cell at this dose. The $10^6$–$10^7$ molecule number range per cell was about 100- to 1,000-fold greater than the postulated theoretical threshold of $10^4$ molecules/cell.

### 3.4.4 DNA Adducts – A Method to Estimate Thresholds and/or Linearity?

As an alternative to the proposition of a theoretical molecule threshold that was postulated by Hutchinson (92), Dinman (93), and Claus (105), Preussman (107) suggested a more mechanistic approach using DNA adduct biomarkers within susceptible tissue. This approach has demonstrated appeal in the subsequent decades with numerous researchers exploring the relationship of DNA adducts as biomarkers for chemically induced tumors. One of the most integrated of these attempts is seen in the publications of Williams and colleagues (109,110). These authors have traced the biological processing of the chemical exposures from the portal of administration through the spectrum of pharmacokinetic processes, to pharmacodynamic activity, inducing DNA adduct formation, location of the adducts, the efficacy of DNA repair, to the route of neoplastic cell transformations, including the number of mutations, development of tumor microvasculature, and tumor-suppressive elements. The documentation of this type of information was placed in a quantitative perspective, leading Williams et al. (111) to derive a new cell-based mechanism of action that could provide what they called a safe exposure level (SEL) for a DNA-reactive chemical carcinogen; the SEL was based on a DNA binding of less than one adduct per $10^9$ nucleotides for a single chemical agent. As suggested above, the methodology used by Williams et al. (111) follows the administered agent(s) from the beginning to the end-stage quantifying all changes that led to the final product, integrating the pharmacokinetic and pharmacodynamic-mediated information along with tumor development activities.

Starting with oral exposure to a stable pro-carcinogen, Williams et al. (111) noted that following ingestion the agent will be subjected to the risk of degradation caused by chemical and biological processes including gut microflora. Following gastrointestinal absorption, the agent will be transported via the portal blood flow to the liver and undergo the first-pass extraction. For that portion of the dose not taken up by the liver, it will enter systemic circulation, typically in a highly diluted manner. For these "escaped" molecules, they become spread out to many organs and their cells, further diluting the dose.

As far as DNA-reactive carcinogens are concerned, the only cells at risk for initiation (and therefore cancer development) are reproducing stem (labile) cells. These cells typically represent <1% of the cell population in any tissue. Another factor affecting exposure to critical cellular sites is that cells display an active extrusion process via *p*-glycoprotein ATPase to pump hydrophobic cationic agents out of the cell and/or prevent their entry. Williams et al. then generalized that it may be reasonable to assume that perhaps 80% of the "carcinogenic" molecules may be detoxified in the liver. Of the remaining 20% of the activated agent, a certain proportion would be "consumed" by encountering any of a wide range of macromolecular nucleophiles in the cytoplasm. In fact, the binding of bioactivated agents is typically much greater in the cytoplasm than the nucleus, with a differential of about 100:1.

As each of the activated chemicals reaches the nucleus, it must still contend with the fact that the DNA is enshrouded with nucleophiles that further reduce the potential for mutagenicity. With respect to the cellular genome, it consists of about $3.2\times10^9$ base pairs. Within this framework, there are approximately 30,000 genes with an average size of 3,000 base pairs, with about $9\times10^7$ functional nucleotides. Up to about six genes would have to be mutated to effectively mediate the process of carcinogenesis (111).

In DNA adduct studies, at low levels of exposure, a relationship between dose and adducts has been shown (111): Aflatoxin – 70 adducts/$10^8$ nucleotides; dimethylnitrosamine (DMN) – 360 or 5/$10^9$ for $N^7$- and $O^6$-methylguanine adducts and 1/$10^8$ for 3*H*-imidazo[4,5-f]quinoxaline (meIQX). The question arises as to what level of DNA adduct displays biological/toxicological significance. Since spontaneous DNA damage based on labeling studies reveals about one lesion/$10^6$ nucleotides, it appears that background DNA adducts are about 10- to 100-fold greater than that reported in the above experimental studies.

Based on such information, Williams et al. (111) hypothesized that an adduct formation rate of 1/$10^{11}$ should be considered without biological significance. The occurrence of 1 adduct/$10^9$ nucleotides would represent about 3 adducts/cell,